FILED
SEP 1 5 2009

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09CR1806-GT |
| Plaintiff, ) | |
| v. ) | **ORDER CONTINUING SENTENCING HEARING** |
| ERNESTO HERNANDEZ-GARCIA, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for September 17, 2009, be rescheduled to **Thursday, October 15, 2009, at 9:00 a.m.**

**IT IS SO ORDERED.**

DATED: 9-15-09

HONORABLE GORDON THOMPSON, JR.
United States District Judge